Hashim Rahman  
155 Water St., Fl 5  
Brooklyn, NY 11201  
Tel.: 1 (914) 584-7183  
Email : hrahman@rahmanlegal.com

September 28, 2012

<u>**VIA ECF**</u>

Magistrate Judge Viktor V. Pohorelsky  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East,  
Brooklyn, NY 11201

   RE: Civil Action No. 1:12-CV-04682  
      **Rahman V. Allied Interstate LLC; Oxford Health Plans (NY), Inc.; and DOES 1-5**

Dear Judge Pohorelsky,

  I am the Plaintiff in the above-stated civil action. I am writing to request that I be permitted to use the ECF system for both notifications and filings.

  Although I am acting *pro* se in the present action, I am licensed to practice law in the Eastern District. As such, I am fully familiar with the ECF system and I have utilized it for many cases where I have acted as counsel.

  Granting me access to ECF for notifications and filing would be convenient and efficient for this Court and all litigants, especially given my proficiency with the system.

  I kindly ask that you grant my request to use the ECF system for notifications and filings for the present action.

Very truly yours,

*Hashim Rahman*  
Hashim Rahman